# UNITED STATES DISTRICT COURT
для the
Southern District of Georgia
Augusta Division

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2019 APR -2 PM 12: 43
CLERK M. Akin
SO. DIST. OF GA.

United States of America )
v. )
) Case No: CR102-00007-001
Charles C. Major )
) USM No: 89720-071
Date of Original Judgment: June 26, 2002 )
Date of Previous Amended Judgment: April 4, 2012 ) Robert W. Hunter, III
*(Use Date of Last Amended Judgment if Any)* Defendant's Attorney

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(1)(B)

Upon motion of  ☒ the defendant  ☐ the Director of the Bureau of Prisons  ☐ the court under 18 U.S.C. § 3582(c)(1)(B) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the First Step Act of 2018 pursuant to Pub. L. No. 115-391, and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.   ☒ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of ___240___ months **is reduced to** ___Time Served___.

*(Complete Parts I and II of Page 2 when motion is granted)*

In addition to reducing the imprisonment term as noted above, the previously imposed term of supervised release is reduced to a term of _8_ years. Furthermore, the defendant shall be delivered to a duly authorized Immigration and Naturalization official for deportation proceedings.

Except as otherwise provided, all provisions of the judgment dated ___June 26, 2002___ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: April 2, 2019

_____
Judge's signature

Effective Date: April 5, 2019

Dudley H. Bowen, Jr.
United States District Judge
*Printed name and title*

*(if different from order date)*